| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 04CR577-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 14-14004-T/P-MARRA/LYNCH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jerome Allmacher<br>Vero Beach, FL | SOUTHERN DISTRICT OF NEW YORK | Supervised Release |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Stephen Robinson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/16/2013 — TO 8/15/2016 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute Ecstacy, (21USC846,812,841(a)(1), 841(b)(1)(C))

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 1/15/14

Loretta A. Preska
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 1/27/14

United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE 6/4/2014

BY _____ (x) Clerk  ( ) Deputy

DOC # 33

U.S. DISTRICT COURT FILED
APR 08 2014
D.S.
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :   *Sealed*
UNITED STATES OF AMERICA                  :   INDICTMENT
                                          :
        - v. -                            :   04 Cr. 577
                                          :
JEROME ALLMACHER,                         :
    a/k/a "Jerry,"                        :
                                          :
                    Defendant.            :
                                          :
- - - - - - - - - - - - - - - - - - - - - x

                        COUNT ONE

        The Grand Jury charges:

        1.  From in or about at least May 2000, up to and including in or about August 2001, in the Southern District of New York and elsewhere, JEROME ALLMACHER, a/k/a "Jerry," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

        2.  It was a part and an object of said conspiracy that JEROME ALLMACHER, a/k/a "Jerry," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, thousands of pills containing a detectable amount of methylenedioxymeth-amphetamine ("MDMA"), commonly known as "Ecstasy," a controlled substance, in violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

CERTIFIED AS A TRUE COPY ON

THIS DATE 6/4/2014

BY _____
   (X) Clerk
   ( ) Deputy

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, JEROME ALLMACHER, a/k/a "Jerry," the defendant, committed the following overt acts, among others, in the Southern District of New York, and elsewhere:

a. In or about the Summer of 2000, ALLMACHER, and two co-conspirators not named in this Indictment, drove from New York City to the vicinity of Westwood, Massachusetts, to deliver approximately ten to fifteen thousand pills of MDMA to another co-conspirator ("CC-1"), not named in this Indictment.

b. In or about the Summer of 2000, ALLMACHER drove from New York City to a McDonald's Restaurant in the vicinity of the Foxwoods Casino in Mashantucket, Connecticut, to deliver approximately five to six thousand pills of MDMA to CC-1.

c. In or about July of 2001, ALLMACHER received approximately $35,000 via mail from a co-conspirator ("CC-2"), not named in this Indictment, as payment for approximately 5,000 pills of MDMA that were previously advanced to CC-2.

d. On or about July 11, 2001, ALLMACHER spoke via telephone with CC-2 about CC-2's payment for pills of MDMA.

(Title 21, United States Code, Section 846.)

_____          _____
FOREPERSON                                DAVID N. KELLEY
                                          United States Attorney

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __NEW YORK__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Jerome Allmacher | Case Number: 04 CR 577(SCR) |
| a/k/a "Jerry" | USM Number: 30863-004 |
| | Paul Brenner |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)   One

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846, 812, 841(a)(1), 841(b)(1)(C) | Conspiracy to Possess with Intent to Distribute Ecstacy | 8/2001 | One |

    The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/10/2006
Date of Imposition of Judgment

_signature_
Signature of Judge

Hon. Stephen C. Robinson, U.S.D.J.
Name and Title of Judge

Aug 29, 2006
Date

CERTIFIED AS A TRUE COPY ON
THIS DATE 6/4/2014
BY _signature_
(X) Clerk
( ) Deputy

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page _____ of _____

DEFENDANT: Jerome Allmacher
CASE NUMBER: 04 CR 577(SCR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    100 months

X   The court makes the following recommendations to the Bureau of Prisons:
    that the defendant be placed in a B.O.P. facility near his place of residence in Florida

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .
    ☐ as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X  before 2 p.m. on   10/23/2006    .
    ☐  as notified by the United States Marshal.
    X  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

Judgment—Page _____ of _____

DEFENDANT: Jerome Allmacher
CASE NUMBER: 04 CR 577(SCR)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page _____ of _____

DEFENDANT: Jerome Allmacher
CASE NUMBER: 04 CR 577(SCR)

## SPECIAL CONDITIONS OF SUPERVISION

The defendant will participate in a program approved by the United States probation Office., which programs may include testing to determine whether the defendant has reverted to using drugs, or alcohol. The court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered(co-payment), in an amount determined by the probation officer, based on ability or availability of the third party payment.

The defendant shall submit his/her person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

It is recommended that the defendant is to be supervised by the district of residence.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Fine waived or below the guideline range because of inability to pay.

The defendant will pay a <u>special assessment</u> in the amount of $100.00.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page _____ of _____

DEFENDANT: Jerome Allmacher
CASE NUMBER: 04 CR 577(SCR)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.0 | $0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page _____ of _____

DEFENDANT: Jerome Allmacher
CASE NUMBER: 04 CR 577(SCR)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  X  Lump sum payment of $ __100.00__ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CRIMINAL DOCKET FOR CASE #: 7:04-cr-00577-SCR All Defendants
## Internal Use Only

Case title: USA v. Allmacher

Date Filed: 06/17/2004
Date Terminated: 08/29/2006

Assigned to: Judge Stephen C. Robinson

### Defendant (1)

**Jerome Allmacher**
*TERMINATED: 08/29/2006*
*also known as*
Jerry
*TERMINATED: 08/29/2006*

represented by **Clinton Warren Calhoun**
Calhoun and Lawrence, LLP
81 Main Street
White Plains, NY 10601
914-946-5900
Fax: 914-946-5906
Email: CCALHOUN@calhounlawrence.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John R. Howes**
633 S.E. 3rd Ave. Suite 4R
Ft. Lauderdale, NY 33301
(954) 763-6003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul S. Brenner**
Paul S. Brenner
401 Broadway Ste 306
New York, NY 10013
(212)-431-4880
Fax: (212)-966-0588
Email: boomer401@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED AS A TRUE COPY ON
THIS DATE 6/4/2014
BY [signature]
(X) Clerk
( ) Deputy

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Imprisonment 100 months, Supervised Release 3 Years, Special Assessment $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **David Noel Kelley**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212) 701-3050<br>Fax: (212) 269-5420<br>Email: david.kelley@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eugene Edward Ingoglia**<br>United States Attorney Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212)-673-1113<br>Fax: (212)-973-1113<br>Email: eugene.ingoglia@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2004 | 🔒 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1. (st, ) Additional attachment(s) added on 8/5/2004 (fk, ). (Entered: 08/05/2004) |
| 07/22/2004 | 🔒 2 | Order to Unseal Indictment as to Jerome Allmacher...It is Hereby Ordered that the Indictment be unsealed. SO ORDERED. (Signed by Judge George A. Yanthis on 7/22/2004)(st, ) Additional attachment(s) added on 8/5/2004 (fk, ). (Entered: 08/05/2004) |
| 07/22/2004 | | INDICTMENT UNSEALED as to Jerome Allmacher (st, ) (Entered: 08/05/2004) |
| 07/22/2004 | | Case Designated ECF as to Jerome Allmacher .(st, ) (Entered: 08/05/2004) |
| 07/22/2004 | 🔒 3 | Arrest Warrant Issued as to Jerome Allmacher. Warrant originally issued on 6/17/2004. (Signed by Judge George A. Yanthis on 6/17/2004.) (st, ) Additional attachment(s) added on 8/5/2004 (fk, ). (Entered: 08/05/2004) |
| 07/22/2004 | | Case Designated ECF as to Jerome Allmacher .(fk, ) (Entered: 08/16/2004) |
| 08/04/2004 | 4 | Rule 5(c)(3) Documents Received as to Jerome Allmacher from the U.S.D.C. Southern District of Florida. (ja, ) (Entered: 08/10/2004) |
| 08/04/2004 | | Arrest of Jerome Allmacher. Defendant arrested in the Southern District of Florida. (ja, ) (Entered: 08/10/2004) |
| 08/13/2004 | | Minute Entry for proceedings held before Judge George A. Yanthis :Initial Appearance as to Jerome Allmacher held on 8/13/2004. (Tape #1) (fk, ) (Entered: 08/16/2004) |
| 08/13/2004 | | Minute Entry for proceedings held before Judge George A. Yanthis :Arraignment as to Jerome Allmacher (1) Count 1 held on 8/13/2004. Deft pres with atty Chip Calhoun (for this appearance only). AUSA Udell pres. Deft enters a not guilty plea. Case assigned to USDJ Robinson. Court finds all time from today through first appearance before USDJ Robinson excluded. Deft detained without bail. All rights reserved for future bail application on notice. (Tape #1) (fk, ) (Entered: 08/16/2004) |
| 08/13/2004 | | Minute Entry for proceedings held before Judge George A. Yanthis : Plea entered by Jerome Allmacher (1) Count 1 Not Guilty. (Tape #1) (fk, ) (Entered: 08/16/2004) |
| 08/13/2004 | | Case as to Jerome Allmacher ASSIGNED to Judge Stephen C. Robinson. Judge Unassigned no longer assigned to the case..(fk, ) (Entered: 08/16/2004) |
| 08/13/2004 | 5 | CJA 20 as to Jerome Allmacher: Appointment of Attorney Clinton W. Calhoun for Jerome Allmacher. (Signed by Judge George A. Yanthis on 8/13/04) The CJA Office has mailed original to attorney, copy to file.(ph, ) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 08/19/2004) |
| 08/16/2004 |  | Minute Entry for proceedings held before Judge Stephen C. Robinson :Pretrial Conference as to Jerome Allmacher held on 8/16/2004. Deft pres with atty John Howes. AUSA Udell pres. Defense atty makes oral application for pro hac vice. Application Granted (for the purpose of this conference only). Next PTC set for 10/08/04 at 10:30 am. Time is excluded from today through 10/08/004. Deft remanded. (Tape #1) (fk, ) (Entered: 08/19/2004) |
| 08/16/2004 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 08/13/04. Excludable stopped on 08/16/04..(fk, ) (Entered: 08/19/2004) |
| 08/16/2004 | 🔒 | (Court only) Set/Reset Hearings as to Jerome Allmacher :, ***Excludable XT started as to Jerome Allmacher. Excludable started on 08/16/04. Excludable stopped on 10/08/04. Pretrial Conference set for 10/8/2004 10:30 AM before Stephen C. Robinson..(fk, ) (Entered: 08/19/2004) |
| 10/18/2004 | 🔒  6 | Letter by USA as to Jerome Allmacher addressed to Judge Stephen C. Robinson from AUSA Jeffrey A. Udell dated September 30, 2004 re: Request that the court adjourn the scheduled conference to some time approximately four weeks therafter. (Attachments:, # 1)(ll, ) (Entered: 10/19/2004) |
| 10/26/2004 | 🔒  7 | ENDORSED LETTER as to Jerome Allmacher addressed to Judge Robinson from AUSA Jeff Udell dated 9/30/2004 re: I write on behalf of the Govt, in which a pre-trial conference is presently scheduled for 10/8/2004. We request that the Court adjourn the scheduled conference to some time approx. 4 weeks thereafter. In addition, the Govt asks that time be excluded until the date of the next conference..... So Ordered. New date for pretrial conference is 11/12/04 at 2:00pm. (Signed by Judge Stephen C. Robinson on 10/25/04)(ac, ) (Entered: 10/28/2004) |
| 10/26/2004 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 10/25/2004. Excludable stopped on 11/12/2004..(ac, ) (Entered: 10/28/2004) |
| 11/12/2004 |  | Minute Entry for proceedings held before Judge Stephen C. Robinson :Bail Application Hearing as to Jerome Allmacher held on 11/12/2004. Deft present w/ Atty Amelio Marino. AUSA Jeff Udell. Hearing heard on bail application-decision reserved. Defts counsel to prepare and submit complete bail package to Court. Next Pretrial Conference set for 12/1/2004 02:00 PM before Stephen C. Robinson. Time excluded from 11/9/2004 to 12/1/2004. Deft remanded. See trancript. (Court Reporter Albi Gorn) (ac, ) (Entered: 11/17/2004) |
| 11/12/2004 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 11/9/2004. Excludable stopped on 12/1/2004..(ac, ) |

| | | |
|---|---|---|
| | | (Entered: 11/17/2004) |
| 11/12/2004 | 🔒 | (Court only) ***Location LC started as to Jerome Allmacher..(ac, ) (Entered: 11/17/2004) |
| 12/02/2004 | | Minute Entry for proceedings held before Judge Stephen C. Robinson :Bail Application Hearing as to Jerome Allmacher held on 12/2/2004. Deft present w/ Atty Amelio Marino. AUSA Jeff Udell. Hearing heard on Bail Application cont'd. Court grants bail on the following conditions: Deft must post $1.2 million PRB in equity that Govt can verify, excluding any notes with future payments, to be secured by $70,000.00 made up by $20,000.00 cash plus 2 retirement accounts of Defts parents: Jasmine and Gustave Allmacher; 3 FRP cosigners excluding the Defts wife; Deft is to be on home confinement with electronic monitoring at his place of residence in the SD of Florida; Travel restricted to the SDNY, EDNY, and SD of Florida, and to and from place of employment, doctors appointments, etc under the strict approval and consent of the Probation officer assigned in the SD of Florida. Travel restrictions may be modified upon consent of all counsel without the courts approval. Deft to surrender his passport and not apply for new travel. Drug testing to be conducted as directed by Probation. Next Pretrial Conference set for 2/16/2005 11:00 AM before Stephen C. Robinson. Time excluded through 2/16/05. Deft remanded. (Court Reporter Sue Ghorayeb) (ac, ) (Entered: 12/10/2004) |
| 12/02/2004 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 12/2/2004. Excludable stopped on 2/16/2005..(ac, ) (Entered: 12/10/2004) |
| 01/07/2005 | 8 | (AMENDED) PRB Bond Entered as to Jerome Allmacher in amount of $ 1.25 Million Dollars and there has been deposited in the Registry of the Court the sum of $20,000.00 in a certified check or money order. (fk, ) (Entered: 01/10/2005) |
| 01/12/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: John R. Howes appearing for Jerome Allmacher. (jma, ) (Entered: 01/13/2005) |
| 02/16/2005 | 10 | ENDORSED LETTER as to Jerome Allmacher addressed to Judge Stephen C. Robinson from Jeffrey A. Udell dated 2/10/05 re: Government requests that the Court adjourn the scheduled pretrial conference to 3/4/05 at 10:00 a.m.; Time between 2/16/05 to 3/4/05 is excluded from the Speedy Trial Calendar at the request of counsel and in the interest of justice to allow the parties time to discuss a possible resolutino to this matter., as to Jerome Allmacher Pretrial Conference set for 3/4/2005 10:00 AM before Stephen C. Robinson. (Signed by Judge Stephen C. Robinson on 2/15/05)(ae, ) (Entered: 02/18/2005) |
| 02/16/2005 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 2/16/05. Excludable stopped on 3/4/05.(ae, ) (Entered: 02/18/2005) |

| 02/25/2005 | 11 | ENDORSED LETTER as to Jerome Allmacher addressed to Judge Robinson from John Howes dated 2/11/2005 re: The purpose of this letter is to request a continuance of the pretrial conference presently scheduled for 2/16/2005.... New conference is scheduled for 4/29/2005 at 10:30am. Time excluded between 3/4/2005 and 4/29/2005 to allow the parties to have sufficient time to explore a resolution short of trial and in the interest of justice, with consent of both parties. So Ordered. (Signed by Judge Stephen C. Robinson on 2/22/2005)(ac, ) (Entered: 03/01/2005) |
| --- | --- | --- |
| 02/25/2005 | 🔒 | (Court only) ***Excludable XT started as to Jerome Allmacher. Excludable started on 3/4/2005. Excludable stopped on 4/29/2005..(ac, ) (Entered: 03/01/2005) |
| 04/29/2005 | 12 | ENDORSED LETTER as to Jerome Allmacher addressed to Judge Stephen C. Robinson from AUSA Udell dated 4/28/05 re: Request for adj of conference until 5/10/05 at 2:00 pm and for exclusion of time. Endorsement: So Ordered. (Signed by Judge Stephen C. Robinson on 4/28/05)(fk, ) (Entered: 05/03/2005) |
| 04/29/2005 | 🔒 | (Court only) Set/Reset Hearings as to Jerome Allmacher:, ***Excludable XT started as to Jerome Allmacher. Excludable started on 4/28/05. Excludable stopped on 5/10/05. Pretrial Conference set for 5/10/2005 02:00 PM before Stephen C. Robinson..(fk, ) (Entered: 05/03/2005) |
| 05/10/2005 |  | Minute Entry for proceedings held before Judge Mark D. Fox : Plea entered by Jerome Allmacher (1) Guilty as to Count 1. (fk, ) (Entered: 08/31/2006) |
| 05/20/2005 | 13 | REPORT AND RECOMMENDATIONS as to Jerome Allmacher. Objections to R&R due by 6/6/2005. (Signed by Judge Mark D. Fox on 5/20/2005)(mde, ) (Entered: 05/24/2005) |
| 05/24/2005 | 14 | TRANSCRIPT of Plea Proceedings as to Jerome Allmacher held on 5/10/2005 before Judge Mark D. Fox. (mde, ) (Entered: 05/24/2005) |
| 06/13/2005 | 15 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Jerome Allmacher for 13 Report and Recommendations.... The Clerk of the COurt is directed to enter the plea. So Ordered: (Signed by Judge Stephen C. Robinson on 6/10/05) Copies sent by Clerk's Office.(pf, ) (Entered: 06/13/2005) |
| 08/30/2005 | 16 | NOTICE OF ATTORNEY APPEARANCE: Paul S. Brenner appearing for Jerome Allmacher. (Brenner, Paul) (Entered: 08/30/2005) |
| 09/02/2005 | 17 | ORDER as to Jerome Allmacher:... The dft is hereby permitted to change his residential address to 501 SW 11th Place, Apt. 414, Boca Raton, FL 33432..... . (Signed by Judge Stephen C. Robinson on 9/1/05) Copies sent by Clerk's Office.(pf, ) (Entered: 09/06/2005) |

| | | |
|---|---|---|
| 09/08/2005 | 18 | ENDORSED LETTER as to Jerome Allmacher addressed to Judge Stephen C. Robinson from Paul S. Brenner dated 8/30/05 re:....requesting that sentencing be adjourned....ENDORSEMENT: The September 8,2005 sentencing is adjourned. New sentence is scheduled for 1/25/06 at 10:00 a.m.. So Ordered: (Signed by Judge Stephen C. Robinson on 9/6/05) Copies sent by Clerk's Office.(pf, ) (Entered: 09/09/2005) |
| 09/09/2005 | | Set/Reset Hearings as to Jerome Allmacher: Sentencing set for 1/25/2006 10:00 AM before Stephen C. Robinson..(pf, ) (Entered: 09/09/2005) |
| 11/26/2005 | 19 | NOTICE OF ATTORNEY APPEARANCE Eugene Edward Ingoglia appearing for USA. (Ingoglia, Eugene) (Entered: 11/26/2005) |
| 03/16/2006 | 20 | AFFIRMATION of Paul S. Brenner by Jerome Allmacher. (Brenner, Paul) (Entered: 03/16/2006) |
| 03/24/2006 | 21 | REDACTION byJerome Allmacher (Brenner, Paul) (Entered: 03/24/2006) |
| 05/17/2006 | 22 | SENTENCING MEMORANDUM by Jerome Allmacher. (Brenner, Paul) (Entered: 05/17/2006) |
| 06/19/2006 | 23 | SENTENCING MEMORANDUM by Jerome Allmacher. (Attachments: # 1 Exhibit)(Brenner, Paul) (Entered: 06/19/2006) |
| 06/19/2006 | 24 | MOTION to Release Bond Obligation. Document filed by Jerome Allmacher. (Brenner, Paul) (Entered: 06/19/2006) |
| 07/31/2006 | 25 | SENTENCING MEMORANDUM by Jerome Allmacher. (Brenner, Paul) (Entered: 07/31/2006) |
| 08/10/2006 | | Minute Entry for proceedings held before Judge Stephen C. Robinson :Sentencing held on 8/10/2006 for Jerome Allmacher (1) Count 1. Deft,present with Atty. Paul Brenner. AUSA Eugene Ingoglia. (Court Reporter Martha Drevis) (cg, ) (Entered: 08/31/2006) |
| 08/17/2006 | 26 | CONSENT MOTION Bail Modification. Document filed by Jerome Allmacher. (Brenner, Paul) (Entered: 08/17/2006) |
| 08/28/2006 | 27 | ORDER as to Jerome Allmacher...It is hereby Ordered, Adjudged and Decreed that the bail conditions, in regard to Mr. Allmacher be modified from 1.2 Million Dollars to 1.0 Million Dollars. It is further Ordered, Adjudged and Decreed that the property of Gustave and Janzie Allmachher at 22 Estate River, Kingshill, St. Croix 00850 shall be released by the Court and the government, forthwith, on consent and that a satisfaction be executed immediatly by the government and filed with the appropriate authorities, releasing said property from government lien. It is Also Ordered, Adjudged and Decreed that the bail conditions be modified, on consent of the government, to provide for termination of the condition of house arreat and bracelet for the deft and upon consent of the government, deft's travel restrictions shall be expanded to include the |

| | | |
|---|---|---|
| | | Central District of Florida. So Ordered. . (Signed by Judge Stephen C. Robinson on 8/22/06)Copies Mailed By The Clerk's Office.(fk, ) (Entered: 08/28/2006) |
| 08/29/2006 | 28 | JUDGMENT #06-0225 WP as to Jerome Allmacher (1), Count(s) 1, Imprisonment 100 months, Supervised Release 3 Years,Special Assessment $100.00.. (Signed by Judge Stephen C. Robinson on 8/29/2006) The Clerk's Office Has Mailed Copies.(cg, ) (Entered: 08/31/2006) |
| 08/29/2006 | 🔒 | (Court only) ***Terminated defendant Jerome Allmacher..(cg, ) (Entered: 08/31/2006) |
| 08/29/2006 | 🔒 | (Court only) ***Case Terminated as to Jerome Allmacher..(cg, ) (Entered: 08/31/2006) |
| 09/05/2006 | 29 | MOTION to Modify Conditions of Release. Document filed by Jerome Allmacher. (Brenner, Paul) (Entered: 09/05/2006) |
| 09/08/2006 | 30 | TRANSCRIPT of Proceedings (Sentence) as to Jerome Allmacher held on 8/10/06 before Judge Stephen C. Robinson. (ja, ) (Entered: 09/11/2006) |
| 10/19/2006 | | Payment of Fine from Jerome Allmacher in the amount of $100.00. Date Received: 10/19/06. (mn, ) (Entered: 10/19/2006) |
| 07/13/2007 | 31 | ORDER as to Jerome Allmacher....IT IS HEREBY ORDERED thst the Clerk of this Court pay out of the Registry of this Court the Sum of Fifteeh Thousand Dollars ($15,000.00) less the Clerk's fees, if any, to Janice Paulino the assihnee of the cash bail posted by the defendant. So ordered.. (Signed by Judge Stephen C. Robinson on 7/13/2007) The Clerk's Office Has Mailed Copies.(cg) (Entered: 07/13/2007) |
| 02/07/2011 | 🔒 | (Court only) ***Motions terminated as to Jerome Allmacher: 29 MOTION to Modify Conditions of Release, filed by Jerome Allmacher. (ab) (Entered: 02/07/2011) |
| 01/16/2014 | 32 | PROBATION FORM PETITION as to Jerome Allmacher. Petitioning the Court: Report on Offender Under Supervision: The offender has not complied with the following condition(s) of supervision:. The Court Orders: Modification of Conditions to Include: The defendant shall participate in the Location Monitoring Program for a period of 90 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the United Stales Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID" or "call back/call block" services for the above period. The defendant shall wear a Location Monitoring device and follow the Location Monitoring procedures specified by the United States Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay. (Signed by Judge |

| | | |
|---|---|---|
| | | Loretta A. Preska on 1/15/2014)(dnd) (Entered: 01/16/2014) |
| 04/08/2014 | <u>33</u> | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. Southern District of Florida as to Jerome Allmacher. (dnd) (Entered: 06/04/2014) |
| 06/04/2014 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Jerome Allmacher to the U.S.D.C. Southern District of Florida. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment; certified copy of the judgment; certified copy of the docket sheet, and letter of acknowledgment. Mailed via Certified Mail # 70022030000275055806 on 6/4/2014. (dnd) (Entered: 06/04/2014) |